

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

May 6, 2019

**VIA CM/ECF**

Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        **Re: Skylar Cunningham v. Pret A Manger (USA) Limited**
        **Case No:** 1:19-cv-02322-CM

Dear Judge McMahon:

    We represent plaintiff Skylar Cunningham in the above-captioned matter. Pursuant to S.D.N.Y. Local Rule 7.1 (d) and Paragraph I(D) of Your Honor's Individual Practices and Procedures, the parties write jointly to request a 30-day extension of Defendant's time to answer or otherwise respond to the Amended Complaint while the parties discuss jurisdictional issues from May 8, 2019 to June 8, 2019. This is the first request for an extension of time by either party, and counsel for both parties agree to the requested extension.

    Thank you for your consideration in this matter.

                            Very truly yours;

                         **THE SULTZER LAW GROUP P.C.**

                             Jason Sultzer

cc:    Counsel of Record via ECF