

590 Madison Avenue, New York, NY 10022-2524 ▪ p 212 223-4000 ▪ f 212 223-4134

Sarah Michelle Gilbert
(212) 895-4226
SGilbert@crowell.com

May 31, 2019

**VIA ECF**

Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

                **Re: Skylar Cunningham v. Pret A Manger (USA) Limited**
                Case No: 1:19-cv-02322-CM

Dear Judge McMahon:

    We represent defendant Pret A Manger (USA) Limited in the above-captioned matter. Pursuant to S.D.N.Y. Local Rule 7.1 (d) and Paragraph I(D) of Your Honor's Individual Practices and Procedures, the parties write jointly to request a 30-day extension of Defendant's time to answer or otherwise respond to the Amended Complaint to July 8, 2019 to allow the parties to pursue ongoing settlement discussions. Counsel for both parties agree to the requested extension.

    This is the second request for an extension of time by the parties. Defendant's original time to answer or otherwise respond to the Amended Complaint was May 8, 2019, and the Court granted the parties' request for an extension to June 8, 2019.

    Thank you for your consideration in this matter.

                                                        Respectfully submitted,

                                                        Sarah M. Gilbert

                                                        *Counsel for Defendant*
                                                        *Pret A Manger (USA) Limited*

cc: Counsel of Record via ECF

Crowell & Moring LLP ▪ crowell.com ▪ Washington, DC ▪ New York ▪ San Francisco ▪ Los Angeles ▪ Orange County ▪ London ▪ Brussels
DCACTIVE-50256181.1