# crowell moring

Sarah Michelle Gilbert
(212) 895-4226
SGilbert@crowell.com

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/19

June 5, 2019

**VIA FAX**

Honorable Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

OK

[signature] Colleen McMahon
6/10/19

Re: Skylar Cunningham v. Pret A Manger (USA) Limited
Case No: 1:19-cv-02322-CM

Dear Judge McMahon:

Pursuant to the Order Scheduling an Initial Pretrial Conference (ECF No. 10) in the above-captioned matter, the parties jointly write to inform the Court that they have not reached an agreement with respect to a Civil Case Management Plan due to ongoing settlement discussions. Keeping in mind that the Initial Pretrial Conference is set for August 9, 2019, the parties will either submit a conforming Case Management Plan by fax on or before August 7, 2019, or otherwise e-file a letter-motion requesting adjournment of the Conference if needed. Counsel for both parties are in agreement on this matter.

Thank you for your consideration.

Respectfully submitted,

[signature]

Sarah M. Gilbert

*Counsel for Defendant*
*Pret A Manger (USA) Limited*

cc: Counsel of Record via e-mail