

### The Sultzer Law Group P.C.
*A Complex Litigation & Trial Practice*

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

July 19, 2019

**VIA CM/ECF**

Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*[Handwritten annotation: OK. First Amended Complaint due 8/12/19. Def.'s motion to dismiss by 9/12/19. Response due 10/14/19. Reply due 10/28/19.]*

**Re: Skylar Cunningham v. Pret A Manger (USA) Limited**
**Case No: 1:19-cv-02322-CM**

*[Signature: Colleen McMahon 7/22/19]*

Dear Judge McMahon:

We represent plaintiff Skylar Cunningham in the above-captioned matter. Pursuant to S.D.N.Y. Local Rule 7.1 (d) and Paragraph I(D) of Your Honor's Individual Practices and Procedures, the parties write jointly to request an extension of Plaintiff's time to amend the first Amended Complaint from July 29, 2019 to August 12, 2019.

Defendant filed a motion to dismiss the case for lack of jurisdiction and failure to state a claim on July 8, 2019. Additionally, the parties request that the Court set the following briefing schedule for Defendant's motion to dismiss the proposed Second Amended Complaint: Defendant will make its motion to dismiss on or before September 12, 2019; Plaintiff's opposition will be due on or before October 14, 2019; Defendant's reply, if any, will be due on or before October 28, 2019.

In light of the foregoing, the parties also request that the Court postpone the Initial Pretrial Conference until after Defendant's motion to dismiss the Second Amended Complaint has been decided.

This is the first request for an extension of Plaintiff's time to amend the Complaint. The parties previously jointly requested and were granted extensions of Defendant's time to respond to the Amended Complaint from May 8, 2019 to June 8, 2019 and from June 8, 2019 to July 8, 2019.

Counsel for both parties agree to the requested extension, proposed briefing schedule, and postponement of the Initial Pretrial Conference.

---

Thank you for your consideration in this matter.

Respectfully Submitted;

**THE SULTZER LAW GROUP P.C.**

*[signature]*

Jason Sultzer

cc:   Counsel of Record via ECF