The Sultzer Law Group P.C.
*A Complex Litigation & Trial Practice*
NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

February 17, 2020

**VIA ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Skylar Cunningham v. Pret A Manger (USA) Limited**
**Case No: 1:19-cv-02322-CM**

Dear Judge Aaron,

Counsel for Plaintiff Skylar Cunningham ("Plaintiff") submits this letter in response to Defendant's letter filed earlier today (ECF No. 42) with respect to Your Honor's Order of January 17, 2020 (ECF. No. 41) requiring a joint update regarding the status of jurisdictional discovery in this case.

First, Plaintiff's counsel takes issue with Defense counsel's characterization of the meet and confer process that has taken place since Your Honor's Order. As set forth in Defense counsel's letter, the parties have engaged in a number of discussions regarding jurisdictional discovery and the scope of Plaintiff's deposition. Those discussions were thorough and conducted in good faith, and any assertions to the contrary are baseless. Moreover, counsel for Plaintiff has been in constant communication with Defense counsel regarding the filing of the joint status report and has consistently made it clear that the status report should be filed by the parties jointly, as required by Your Honor's Order. Accordingly, Defense counsel's decision to file the status report unilaterally this morning was inappropriate.

Ultimately, however, the issues raised in Defendant's letter regarding jurisdictional discovery and disputes over Plaintiff's deposition are moot. As we informed Defense counsel at the end of last week, we are simultaneously filing herewith a voluntary notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i). While we do not concede the validity of Defendant's jurisdictional argument, we have determined that refiling this action in New York State Court (as Defense counsel has requested since the inception of this litigation) is the most efficient way to proceed with this litigation.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**THE SULTZER LAW GROUP P.C.**

Jason Sultzer

cc: All Counsel of Record via ECF